James A. BIGGINS, Plaintiff
Below–Appellant,

v.

Christopher KLIERY, et al.,
Defendants Below–
Appellee.

No. 95, 2017

Supreme Court of Delaware.

Submitted: April 6, 2017
Decided: April 17, 2017
Rehearing En Banc Denied May 2, 2017

Court Below—Court of Common Pleas of the State of Delaware, C.A. No. CPU4-17-000032

DISMISSED.

■

Kahleil ATKERSON, Defendant-
Below, Appellant,

v.

STATE of Delaware, Plaintiff-
Below, Appellee.

No. 314, 2016

Supreme Court of Delaware.

Submitted: April 5, 2017
Decided: April 17, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1510011187

AFFIRMED.

■

Eric COOPER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 140, 2017

Supreme Court of Delaware.

Submitted: April 11, 2017
Decided: April 18, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0808019339

DISMISSED.

■

Maurice J. WILLIAMS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 587, 2016

Supreme Court of Delaware.

Submitted: March 7, 2017
Decided: April 18, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 9901005150

GRANTED. AFFIRMED.